**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PORTUS SINGAPORE PTE LTD., & PORTUS PTY LTD.,<br>*Plaintiffs*,<br>v.<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00143-JRG<br>(Lead Case) |
| PORTUS SINGAPORE PTE LTD., & PORTUS PTY LTD.,<br>*Plaintiffs*,<br>v.<br>AMAZON.COM SERVICES LLC,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00127-JRG<br>(Member Case) |

**ORDER**

Before the Court is the Joint Motion for Extension of Stay of All Deadlines (the "Motion"). (Dkt. No. 60). In the Motion, Plaintiffs Portus Singapore PTE Ltd. and Portus PTY Ltd. and Defendant Samsung Electronics America, Inc. (collectively, the "Parties") request an extension to the current stay of all deadlines in Lead Case No. 2:26-cv-00143-JRG for an additional fourteen days to finalize settlement and dismiss the case. (*Id.* at 1).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in Lead Case No. 2:26-cv-00143-JRG are **STAYED** for fourteen (14) additional days up to and including **November 6, 2026**.

**So Ordered this**

**Oct 27, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE